Telia U. Williams, Esq.
10161 Park Run Drive, Ste 150
Las Vegas, Nevada 89145
Tel: 702-835-6866
Fax: 702-363-8851
telia@telialaw.com
*Attorney for Racal Lanier*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RACAL LANIER,<br><br>    Plaintiff,<br>vs.<br><br>UNIGUEST, a Nevada corporation; DOE DEFENDANTS I through X, inclusive; ROEDEFENDANTS I through X, inclusive,<br>    Defendants. | Case No. 2:17-cv-00885-RFB-PAL<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPOND TO DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>(First Request) |

  Plaintiff Racal Lanier ("Plaintiff"), by and through her attorney of record, Telia U. Williams, Esq., with the Law Office of Telia U. Williams, and Defendant U.S. Hospitality Publishers, Inc., dba Uniguest, Inc., ("Uniguest"), by and through its attorney of record, Kristen T. Gallagher, Esq., with the law firm of McDonald Carano LLP, hereby agree, stipulate and respectfully request that the Court extend the deadline for Plaintiff's Response to Uniguest's **MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** (ECF No. 5) (filed on April 4, 2017) by ten (10) days, from April 18, 2017 to April 28, 2017. Plaintiff seeks the extension because counsel has experienced an unexpected substantial demand on her schedule which does not allow for a response within the allotted time.

This is the parties' first request to extend the deadline. The undersigned represent that this stipulation is not designed for purposes of delay. For this reason, the parties respectfully request that the Court grant the stipulated extension.

Dated: April 17, 2017

Respectfully submitted,

/s/Telia U. Williams
TELIA U. WILLIAMS, ESQ.
LAW OFFICE OF TELIA U. WILLIAMS

Attorney for Plaintiff
*Racal Lanier*

Dated: April 17, 2017

Respectfully submitted,

/s/Kristen T. Gallagher
KRISTEN T. GALLAGHER, ESQ.
MCDONALD CARANO LLP

Attorney for Defendant
*U.S. Hospitality Publishers, Inc.*
*dba Uniguest, Inc.*

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
United States District Judge

DATED this 19th day of April, 2017.