KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

*Attorneys for U.S. Hospitality Publishers, Inc.
dba Uniguest, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RACAL LANIER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIGUEST, a Nevada corporation; DOE DEFENDANTS I through X, inclusive; ROE DEFENDANTS I through X, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-00885-RFB-PAL<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>**(FIRST REQUEST)** |

    Defendant U.S. Hospitality Publishers, Inc. dba Uniguest, Inc., ("Uniguest"), by and through its attorney of record, Kristen T. Gallagher, Esq., with the law firm of McDonald Carano LLP and Plaintiff Racal Lanier ("Lanier"), by and through her attorney of record, Telia U. Williams, Esq., with the Law Office of Telia U. Williams, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant's Reply in Support of its Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 5) by three (3) weeks, from May 5, 2017 to May 26, 2017. This is the parties' first request to extend the deadline.

    Uniguest seeks the extension, and Lanier agrees, to allow the parties sufficient time to address certain allegations that were made in opposition to the Motion to Dismiss. Uniguest requires an extended period of time to file the reply because the information is not readily available and the parties may need to rely on non-parties to respond to requests for information. The parties further agree that permitting the requested extension may avoid a request for supplemental briefing and therefore comports with principles of judicial economy.

The undersigned represent that this stipulation is not designed for purposes of delay. For this reason, the parties respectfully request that the Court grant the stipulated extension.

| McDONALD CARANO LLP | LAW OFFICE OF TELIA U. WILLIAMS |
|---|---|
| By: /s/ Kristen T. Gallagher<br>KRISTEN T. GALLAGHER, ESQ.<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>kgallagher@mcdonaldcarano.com<br><br>*Attorney for Defendant*<br>*U.S. Hospitality Publishers, Inc.*<br>*dba Uniguest, Inc.* | By: /s/ Telia U. Williams<br>TELIA U. WILLIAMS, ESQ.<br>10161 Park Run Drive, Ste 150<br>Las Vegas, Nevada 89145<br>Tel: 702-835-6866<br>Fax: 702-363-8851<br>telia@telialaw.com<br><br>*Attorney for Plaintiff Racal Lanier* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

Dated: May 10, 2017.

386172