KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

*Attorneys for U.S. Hospitality Publishers, Inc.
dba Uniguest, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RACAL LANIER,<br><br>Plaintiff,<br><br>vs.<br><br>UNIGUEST, a Nevada corporation; DOE DEFENDANTS I through X, inclusive; ROE DEFENDANTS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-00885-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>**(SECOND REQUEST)** |

Defendant U.S. Hospitality Publishers, Inc. dba Uniguest, Inc., ("Uniguest"), by and through its attorney of record, Kristen T. Gallagher, Esq., with the law firm of McDonald Carano LLP and Plaintiff Racal Lanier ("Lanier"), by and through her attorney of record, Telia U. Williams, Esq., with the Law Office of Telia U. Williams, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant's Reply in Support of its Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 5) by two additional weeks, from May 26, 2017 to June 9, 2017. This is the parties' second request to extend the deadline. *See* ECF No. 14.

Uniguest and Lanier request this further extension to allow the parties an opportunity to explore resolution of the litigation.

…

…

…

…

The undersigned represent that this stipulation is not designed for purposes of delay. For this reason, the parties respectfully request that the Court grant the stipulated extension.

DATED this 25th day of May, 2017

McDONALD CARANO LLP

By: /s/ Kristen T. Gallagher
    Kristen T. Gallagher (NSBN 9561)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    Telephone: (702) 873-4100
    kgallagher@mcdonaldcarano.com

*Attorney for Defendant*
*U.S. Hospitality Publishers, Inc.*
*dba Uniguest, Inc.*

LAW OFFICE OF TELIA U. WILLIAMS

By: /s/ Telia U. Williams
    Telia U. Williams (NSBN 9359)
    10161 Park Run Drive, Ste 150
    Las Vegas, Nevada 89145
    Tel: 702-835-6866
    Fax: 702-363-8851
    telia@telialaw.com

*Attorney for Plaintiff Racal Lanier*

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
United States District Judge

Dated: May 26, 2017.

4848-3058-4905, v. 1