1  KRISTEN T. GALLAGHER (NSBN 9561)
   McDONALD CARANO LLP
2  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
3  Telephone: (702) 873-4100
   kgallagher@mcdonaldcarano.com
4
   *Attorneys for U.S. Hospitality Publishers, Inc.*
5  *dba Uniguest, Inc.*



6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8  RACAL LANIER,                          Case No.: 2:17-cv-00885-RFB-PAL

9              Plaintiff,

10  vs.                                   **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

11  UNIGUEST, a Nevada corporation; DOE DEFENDANTS I through X, inclusive; ROE DEFENDANTS I through X, inclusive,

12                                        **(THIRD REQUEST)**

13             Defendants.

14

15        Defendant U.S. Hospitality Publishers, Inc. dba Uniguest, Inc., ("Uniguest"), by and through

16  its attorney of record, Kristen T. Gallagher, Esq., with the law firm of McDonald Carano LLP and

17  Plaintiff Racal Lanier ("Lanier"), by and through her attorney of record, Telia U. Williams, Esq.,

18  with the Law Office of Telia U. Williams, hereby agree, stipulate and respectfully request that the

19  Court extend the deadline for Defendant's Reply in Support of its Motion to Dismiss Complaint

20  Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 5) by one additional week, from June 9, 2017 to June

21  16, 2017.  This is the parties' third request to extend the deadline. *See* ECF Nos. 14, 16.

22        Uniguest and Lanier request this further extension to allow the parties an opportunity to

23  resolve the litigation.  Specifically, the parties have exchanged settlement communications and

24  request additional time to determine whether those discussions will resolve the case or, if not, will

25  permit Uniguest time to file its reply.

26  …

27  …

28  …

The undersigned represent that this stipulation is not designed for purposes of delay. For this reason, the parties respectfully request that the Court grant the stipulated extension.

DATED this 9th day of June, 2017.

| McDONALD CARANO LLP | LAW OFFICE OF TELIA U. WILLIAMS |
|---|---|
| By: /s/ Kristen T. Gallagher<br>Kristen T. Gallagher (NSBN 9561)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>kgallagher@mcdonaldcarano.com<br><br>*Attorney for Defendant*<br>*U.S. Hospitality Publishers, Inc.*<br>*dba Uniguest, Inc.* | By: /s/ Telia U. Williams<br>Telia U. Williams (NSBN 9359)<br>10161 Park Run Drive, Ste 150<br>Las Vegas, Nevada 89145<br>Tel: 702-835-6866<br>Fax: 702-363-8851<br>telia@telialaw.com<br><br>*Attorney for Plaintiff Racal Lanier* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge
Dated: _____June 13_____, 2017.

4818-5922-0042, v. 1

Page 2 of 2