KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

*Attorneys for U.S. Hospitality Publishers, Inc.
dba Uniguest, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RACAL LANIER,<br><br>             Plaintiff,<br><br>vs.<br><br>UNIGUEST, a Nevada corporation; DOE DEFENDANTS I through X, inclusive; ROE DEFENDANTS I through X, inclusive,<br><br>             Defendants. | Case No.: 2:17-cv-00885-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant U.S. Hospitality Publishers, Inc. dba Uniguest, Inc., ("Uniguest") and Plaintiff Racal Lanier ("Lanier"), by and through their respective undersigned counsel, having reached a confidential settlement of this matter, hereby stipulate and agree to a dismissal, with prejudice, of any and all claims in the above-captioned matter, with each party to bear her/its own attorneys' fees and costs.

The undersigned counsel of record respectfully submit that the settlement agreement is fair and reasonably resolves the parties' pending claims that have been asserted or that could have been asserted in this action. The parties, through their respective undersigned counsel, further represent that the agreement represents a reasonable compromise of disputed issues, including Lanier's claim under the Fair Labor Standards Act. The parties have engaged in substantial negotiations, both sides being represented by counsel, and believe the settlement agreement (which is confidential).[1]

. . .

. . .

---

[1] The parties are willing to submit a sealed copy of the confidential settlement agreement for review, should the Court believe it will be necessary.

It is further stipulated that the Court shall retain jurisdiction over this matter to enforce any issue concerning enforcement of a settlement agreement and release between the parties.

DATED this 10th day of July, 2017.

| McDONALD CARANO LLP | LAW OFFICE OF TELIA U. WILLIAMS |
|---|---|
| By: /s/ Kristen T. Gallagher<br>Kristen T. Gallagher (NSBN 9561)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br>kgallagher@mcdonaldcarano.com<br><br>*Attorney for Defendant*<br>*U.S. Hospitality Publishers, Inc.*<br>*dba Uniguest, Inc.* | By: /s/ Telia U. Williams<br>Telia U. Williams (NSBN 9359)<br>10161 Park Run Drive, Ste 150<br>Las Vegas, Nevada 89145<br>Tel: 702-835-6866<br>Fax: 702-363-8851<br>tetelialaw.com<br><br>*Attorney for Plaintiff Racal Lanier* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge
Dated:     July 11, 2017.

4835-3108-6922, v. 3